# United States Court of Appeals
## For the First Circuit

No. 05-2762

EZRA CHARITABLE TRUST, MIRROR MANAGEMENT, LTD., ROBERT BOVIT,

Plaintiffs, Appellants,

v.

TYCO INTERNATIONAL, LTD., EDWARD D. BREEN,
DAVID J. FITZPATRICK, PRICEWATERHOUSECOOPERS, LLP.,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on September 27, 2006, should be amended as follows:

On page 2, line 6, replace "office" with "officer".